UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN REVELLA,

Defendant.

26-CR-105 (JGLC)

SCHEDULING ORDER

JESSICA G. L. CLARKE, United States District Judge:

As ORDERED at the status conference held on **November 12, 2026**, Defendant's motion(s), if any, shall be filed by **January 8, 2027**. The Government's response shall be filed by **January 22, 2027**. Defendant's reply shall be filed by **January 29, 2027**.

Trial in this case is scheduled for **April 19, 2027** at **10:00 a.m.**

It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **March 22, 2027**. Any opposition to a motion *in limine* or trial memorandum shall be filed by **March 29, 2027**.

Also on **March 22, 2027**, in accordance with the Court's Individual Trial Rules and Practices, available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke, the parties shall submit the proposed *voir dire*, proposed jury instructions, and proposed verdict forms by email to the Court (ClarkeNYSDChambers@nysd.uscourts.gov) as Microsoft Word documents. The parties shall also email to the Court the parties' exhibit lists and related requirements in the Court's Individual Rule 1(f).

It is further ORDERED that the parties appear for a final pretrial conference on **April 5, 2027**, at **11:00 a.m.** in **Courtroom 320** at the Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

SO ORDERED.

Dated: November 13, 2026
New York, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge